IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2011 AUG -4 P 4: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal Case No.: 1:11-CR-381 |
| ) | |
| HECTOR XAVIER MONSEGUR, ) | Count 1: Computer Fraud |
| a/k/a "Sabu," ) | (18 U.S.C. § 1030(a)(5)(A)) |
| a/k/a "Xavier DeLeon," ) | |
| a/k/a "Leon," ) | **UNDER SEAL** |
| ) | Pursuant to Local Rule 49(G) |
| Defendant. ) | |

## CRIMINAL INFORMATION

COUNT ONE
(Computer Hacking of PBS)

THE UNITED STATES ATTORNEY CHARGES:

From in or about May 2011 through in or about June 2011, in the Eastern District of Virginia, the Southern District of New York, and elsewhere, HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon," the defendant, willfully and knowingly caused the transmission of a program, information, code and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and thereby caused at least $5,000 in harm to one and more persons during a one-year period, to wit, MONSEGUR, while using a computer located in New York, New York, within the Southern District of New York, together with others, intentionally accessed without authorization the computer servers of the Public Broadcasting System ("PBS"), which were located in Alexandria,

Virginia, within the Eastern District of Virginia, and stole confidential information and defaced PBS's website, PBS.org, causing at least $5000 in damage.

(In violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i) & 2.)

          Respectfully Submitted,

          Neil H. MacBride
          United States Attorney

By: _____
      John Eisinger
      Virginia Bar No. 65428
      Attorney for the United States
      U.S. Attorney's Office
      Justin W. Williams U.S. Attorney's Building
      2100 Jamieson Avenue
      Alexandria, Virginia 22314
      703-299-3700 [Phone]
      703-299-3981 [Fax]
      ausa@eisinger.net