# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**     Under Seal: Yes _X_ No ___    Judge Assigned: __TSE__

City __Alexandria__    Superseding Indictment ___    Criminal Number: 1:11-CR-__381__

County/Parish ___    Same Defendant ___    New Defendant ___

     Magistrate Judge Case Number ___    Arraignment Date: ___

     Search Warrant Case Number ___

     R 20/R 40 from District of ___

     Related Case Name and No: ___

**Defendant Information:**

Juvenile – Yes ___ No _X_ FBI # ___

Defendant Name: __Hector Xavier Monsegur__    Alias Name(s) __Xavier DeLeon, Sabu, Leon__

Address: __[REDACTED]__, New York, NY 10009

Employment: ___

Birth date __[REDACTED]/1983__ SS# __[REDACTED]-6019__ Sex _M_ Race __White__ Nationality __U.S.__ Place of Birth __U.S.__

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date __June 7, 2011__

_X_ Already in Federal Custody as of __June 7, 2011__ in __S.D.N.Y.__

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: __Peggy Cross__    _X_ Court Appointed    Counsel conflicted out: ___

Address: __FD of New York__    ___ Retained

Telephone: __212-417-8700__    _X_ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __John Eisinger__    Telephone No: __703-299-3700__    Bar # __65428__

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Michael Nail, FBI

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1030(a)(5)(A) | Computer Fraud | 1 | Class C Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: __August 4, 2011__    Signature of AUSA: ___