**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2011 AUG -4  P 4: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal Case No.: 1:11-CR-381 |
| ) | |
| HECTOR XAVIER MONSEGUR, ) | |
| a/k/a "Sabu," ) | |
| a/k/a "Xavier DeLeon," ) | **UNDER SEAL** |
| a/k/a "Leon," ) | Pursuant to Local Rule 49(G) |
| ) | |
| Defendant. ) | |

NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL CASE
PURSUANT TO LOCAL RULE 49(G)

The United States, through its undersigned counsel, has this day filed the Government's Motion To Seal Case, Non-confidential Memorandum in support thereof, and Proposed Protective Order, pursuant to Local Rule of Court 49(G) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia. The United States has also submitted a Confidential Memorandum for In Camera Review in support of its Motion.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney