FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2011 AUG -4  P 4: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:11-CR-381 |
| | ) | |
| v. | ) | The Honorable T.S. Ellis, III |
| | ) | |
| UNDER SEAL | ) | |

## GOVERNMENT'S MOTION TO SEAL CASE
### PURSUANT TO LOCAL RULE 49(G)

The United States, through its undersigned counsel, submits this Motion To Seal Case, pursuant to Local Rule of Court 49(G) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, and asks for an Order sealing this entire case. A proposed Order is attached hereto.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney

Dated: August 4, 2011