FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2012 MAR -6  A 10: 24

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | |
| ) | |
| HECTOR XAVIER MONSEGUR, ) | Criminal Case No.: 1:11-CR-381 |
|    a/k/a "Sabu," ) | |
|    a/k/a "Xavier DeLeon," ) | |
|    a/k/a "Leon," ) | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States, through its undersigned counsel, submits this Motion To Unseal Case. On August 4, 2011, this Court sealed this case because premature disclosure of this case could have jeopardized an ongoing criminal investigation, jeopardized the defendant's ability to cooperate in the investigation, and led to the destruction of evidence. This case was transferred to the Southern District of New York where the case was similarly under seal. The case in S.D.N.Y. has been unsealed and there is no longer any reason for this case to remain under seal. Therefore, the United States moves this Court to unseal this case.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney

Dated: March 6, 2012