IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | |
| ) | |
| HECTOR XAVIER MONSEGUR, ) | Criminal Case No.: 1:11-CR-381 |
| a/k/a "Sabu," ) | |
| a/k/a "Xavier DeLeon," ) | |
| a/k/a "Leon," ) | |

## UNSEALING ORDER

This matter having come before the Court on the Government's Motion to Unseal Case and for good cause shown,

IT IS ORDERED that this case will be unsealed.

SO ORDERED:

The Honorable T. S. Ellis, III
United States District Judge

Date: 3/6/12

/s/
T. S. Ellis, III
United States District Judge